IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARLA JEAN PALEN,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

CASE NO. 2:13-cv-727
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## OPINION AND ORDER

The Commissioner of Social Security denied the claim for disability benefits filed by the Plaintiff, Darla Jean Palen. Thereafter, the Plaintiff filed suit in this Court, seeking review under 42 U.S.C. § 405(g).

The Magistrate Judge assigned to this case issued a Report and Recommendation upholding the denial of benefits in this case. The Plaintiff now seeks review by the District Court.

The Plaintiff contends that the Magistrate Judge and the Administrative Law Judge (ALJ) improperly failed to credit the opinion of her treating physician. Further, the Plaintiff asserts that the ALJ failed to properly credit her testimony.

Each of these issues were addressed in detail in the Report and Recommendation of the Magistrate Judge. This Court has carefully reviewed both that decision and the record in this case. The undersigned agrees with the reasoning and conclusions set forth in the Report and Recommendation. The Court therefore overrules the Plaintiff's objection and ADOPTS the Report

and Recommendation.

It is **ORDERED** that the decision of the Commissioner of Social Security denying benefits is **AFFIRMED**.

   9-23-2014
**DATE**

   **EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**