AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DARLA JEAN PALEN,**

       **Plaintiff,**

**v.**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.   2:13-CV-727**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed September 23, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date:   September 23, 2014                        JOHN P. HEHMAN, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk